COHEN, SEGLIAS, PALLAS,
GREENHALL & FURMAN, PC
Steven D. Usdin, Esquire
Nella M. Bloom, Esquire (NB3891)
30 South 17th Street, 19th Floor
Philadelphia, PA 19103
Tel: (215) 564-1700
Fax: (215) 564-3066
Email:  susdin@cohenseglias.com
         nbloom@cohenseglias.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re: | Chapter 11 |
|---|---|
| NEW JERSEY MOTORSPORTS PARK, LLC,<br>                                                    Debtor | Case No. |

## LIST OF EQUITY SECURITY HOLDERS

New Jersey Motorsports Park Holdings        38.5%
47 Warbird Drive
Millville NJ 08332

ML Green, LLC                               61.5%
214 North Tryon Street
NC1-027-40-03
Charlotte, NC 28255

#1220990-v1 50919-0001