COHEN, SEGLIAS, PALLAS,
GREENHALL & FURMAN, PC
Steven D. Usdin, Esquire
Nella M. Bloom, Esquire (NB3891)
30 South 17th Street, 19th Floor
Philadelphia, PA 19103
Tel: (215) 564-1700
Fax: (215) 564-3066
Email:  susdin@cohenseglias.com
         nbloom@cohenseglias.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re: | Chapter 11 |
|---|---|
| NEW JERSEY MOTORSPORTS PARK, LLC,<br>Debtor | Case No. |

LIST OF PARTIES WITH INTEREST IN CASH COLLATERAL

Merrill Lynch Mortgage Capital, Inc.
335 Madison Avenue, 5th Floor
Mail Stop NY1.503.05.13
New York, NY 10017