B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### District of New Jersey

In re  **New Jersey Motorsports Park, LLC** _____  Case No. _____
                              Debtor(s)                                     Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| California Superbikes<br>Attn: Keith Code<br>940 N San Fernando Rd<br>Los Angeles, CA 90065 | California Superbikes<br>Attn: Keith Code<br>940 N San Fernando Rd<br>Los Angeles, CA 90065 | Track deposit; event date: 5/8 through 5/12, 8/1, 8/4, 9/5 through 9/8. | | 33,100.00 |
| Cumberland County Empowerment Zone Corp.<br>2 North High Street<br>Millville, NJ 08332 | Cumberland County Empowerment Zone Corp.<br>2 North High Street<br>Millville, NJ 08332 | Working Capital Loan | | 425,000.00 |
| Deeb, Petrakis, Blum & Murphy P.C.<br>1601 Market St Ste 2600<br>Philadelphia, PA 19103 | Deeb, Petrakis, Blum & Murphy P.C.<br>1601 Market St Ste 2600<br>Philadelphia, PA 19103 | | | 107,967.90 |
| Delaware PCA<br>Attn: Robert Bloser<br>1122 N Bancroft Pkwy<br>Wilmington, DE 19805 | Delaware PCA<br>Attn: Robert Bloser<br>1122 N Bancroft Pkwy<br>Wilmington, DE 19805 | Track deposit; event date 10/7 - 10/9. | | 11,085.00 |
| Merrill Lynch Mortgage Capital, Inc.<br>335 Madison Avenue, 5th Floor<br>Mail Stop NY1.503.05.13<br>New York, NY 10017 | Merrill Lynch Mortgage Capital, Inc.<br>335 Madison Avenue, 5th Floor<br>Mail Stop NY1.503.05.13<br>New York, NY 10017 | | | 30,354,205.13<br><br>(27,000,000.00 secured) |
| Metro NY PCA<br>Attn: Henry Hoeh<br>65 Joyce Drive<br>Hauppauge, NY 11788 | Metro NY PCA<br>Attn: Henry Hoeh<br>65 Joyce Drive<br>Hauppauge, NY 11788 | Track deposit; event date 4/29, 4/30, 10/14 & 10/15 | | 13,844.00 |
| NJ BMW CCA<br>Attn: Jeff White<br>PO Box 2305<br>Westfield, NJ 07091 | NJ BMW CCA<br>Attn: Jeff White<br>PO Box 2305<br>Westfield, NJ 07091 | Track deposit; event date 4/11, 4/12, 6/6, 6/7, 10/16, 10/17 | | 17,817.50 |
| NJMP Holding Group, LLC<br>47 Warbird Drive<br>Millville, NJ 08332 | NJMP Holding Group, LLC<br>47 Warbird Drive<br>Millville, NJ 08332 | | | 653,042.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  New Jersey Motorsports Park, LLC / Debtor(s)         Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| NNJR PCA<br>Attn: Bob Michaelson<br>184 Kinnelon Rd<br>Butler, NJ 07405 | NNJR PCA<br>Attn: Bob Michaelson<br>184 Kinnelon Rd<br>Butler, NJ 07405 | Track deposit; event date 5/16, 5/17, 6/24 through 6/26, 9/9 through 9/11 | | 26,875.00 |
| North American Road Racing<br>Attn: John Tober<br>North Fm 620<br>Ste 155213 | North American Road Racing<br>Attn: John Tober<br>North Fm 620 | Track deposit; event date 6/10 through 6/12 | | 12,093.75 |
| Ogren Construction, Inc.<br>178 E. Garden Road<br>Vineland, NJ 08360 | Ogren Construction, Inc.<br>178 E. Garden Road<br>Vineland, NJ 08360 | | | 35,000.00 |
| Ovations Food Services, LP<br>c/o James H. Heller, Esquire<br>Cozen O'Connor<br>1900 Market Street<br>Philadelphia, PA 19103 | Ovations Food Services, LP<br>c/o James H. Heller, Esquire<br>Cozen O'Connor<br>Philadelphia, PA 19103 | Concessions Agreement | | 1,233,877.64 |
| Rental City<br>1297 W. Landis Ave<br>Vineland, NJ 08360 | Rental City<br>1297 W. Landis Ave<br>Vineland, NJ 08360 | | | 13,016.19 |
| Riesentoter PCA<br>Attn: Myles Diamon<br>1960 Old Morris Rd<br>Harleysville, PA 19438 | Riesentoter PCA<br>Attn: Myles Diamon<br>1960 Old Morris Rd<br>Harleysville, PA 19438 | Track deposit; event date 6/10 through 6/12 | | 10,758.75 |
| Schattenbaum PCA<br>Attn: Dan Petchel<br>5 Mathew Ct<br>Bordentown, NJ 08505 | Schattenbaum PCA<br>Attn: Dan Petchel<br>5 Mathew Ct<br>Bordentown, NJ 08505 | Track deposit; event date 3/19, 3/20, 4/21, 4/22, 5/13, 6/16, 6/17, 7/8, 8/26 through 8/28, 10/20, 10/21, 11/4, 11/6, | | 47,235.00 |
| Sidley Austin LLP<br>787 Seventh Ave<br>New York, NY 10019 | Sidley Austin LLP<br>787 Seventh Ave<br>New York, NY 10019 | | | 67,577.76 |
| Sports Car Driving Assoc.<br>Attn: Ian Prout<br>18 Maple Ave.<br>Essex, CT 06426 | Sports Car Driving Assoc.<br>Attn: Ian Prout<br>18 Maple Ave.<br>Essex, CT 06426 | Track Deposit; event date 6/27, 6/28, 9/12, and 9/13 | | 18,750.00 |
| Sysco<br>PO Box 6499<br>Philadelphia, PA 19145 | Sysco<br>PO Box 6499<br>Philadelphia, PA 19145 | | | 33,848.24 |
| Tonys Track Days<br>Attn: Tony Ianarelli<br>PO Box 60843<br>Longmeadow, MA 01116 | Tonys Track Days<br>Attn: Tony Ianarelli<br>PO Box 60843<br>Longmeadow, MA 01116 | Track deposit; event date 5/1, 5/2, 9/18 and 9/19 | | 15,330.00 |

B4 (Official Form 4) (12/07) - Cont.

In re    **New Jersey Motorsports Park, LLC** _____    Case No. _____
                           Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Woodbridge Karting<br>Attn: Rodney Smith<br>PO Box 84<br>Bakerton, WV 25410-0084 | Woodbridge Karting<br>Attn: Rodney Smith<br>PO Box 84<br>Bakerton, WV 25410-0084 | Track deposit; event date 3/26, 3/27, 9/23 through 9/25. | | 15,405.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Co-Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date _____    Signature  **/s/ Lee Brahin** _____
                                 **Lee Brahin**
                                 **Co-Managing Member**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.