COHEN, SEGLIAS, PALLAS,
GREENHALL & FURMAN, PC
Steven D. Usdin, Esquire
Nella M. Bloom, Esquire (NB3891)
30 South 17th Street, 19th Floor
Philadelphia, PA 19103
Tel: (215) 564-1700
Fax: (215) 564-3066
Email:  susdin@cohenseglias.com
           nbloom@cohenseglias.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re: | Chapter 11 |
|---|---|
| NEW JERSEY MOTORSPORTS PARK, LLC,<br>                                                            Debtor | Case No. |

## DISCLOSURE STATEMENT OF DEBTOR, NEW JERSEY MOTORSPORTS PARK, LLC, UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 7001

New Jersey Motorsports Park, LLC ("NJMP") is owned by:

New Jersey Motorsports Park Holdings, LLC sixty-one-and-a-half percent (61.5%)

ML Green, LLC thirty-eight-and-a-half percent (38.5%)

**COHEN, SEGLIAS, PALLAS, GREENHALL & FURMAN, P.C.**

By:  /s/ Nella M. Bloom

**Nella M. Bloom, Esquire (NB3891)
Cohen, Seglias, Pallas, Greenhall
  & Furman**
30 South 17th Street, 19th Floor
Philadelphia, PA 19103
(215) 564-1700
*Proposed Attorney for the Debtors*

Dated: March 7, 2011