# Exhibit B

Case 11-16752-JHW    Doc 5-4    Filed 03/07/11    Entered 03/07/11 16:20:47    Desc
Exhibit B    Page 2 of 2

24 Week Cash Flow Projection

| PROJECTED REVENUE | Week 1 WE 3-13 | Week 2 WE 3-20 | Week 3 WE 3-27 | Week 4 WE 4-3 | Week 5 WE 4-10 | Week 6 WE 4-17 | Week 7 WE 4-24 | Week 8 WE 5-1 | Week 9 WE 5-8 | Week 10 WE 5-15 | Week 11 WE 5-22 | Week 12 WE 5-29 | Week 13 WE 6-5 | Week 14 WE 6-12 | Week 15 WE 6-19 | Week 16 WE 6-26 | Week 17 WE 7-3 | Week 18 WE 7-10 | Week 19 WE 7-17 | Week 20 WE 7-24 | Week 21 WE 7-31 | Week 22 WE 8-7 | Week 23 WE 8-14 | Week 24 WE 8-21 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Club House** | | | | | | | | | | | | | | | | | | | | | | | | | |
| Driver's Club Track Days | | 7,000 | | | 7,000 | | 7,000 | | 7,000 | | 4,500 | 4,500 | 9,000 | | 9,000 | | 10,000 | 10,000 | | | | 5,000 | 5,000 | | 90,000 |
| Membership Initiation Fees | 12,000 | | | 12,500 | 12,500 | 12,500 | | 37,500 | | | 12,500 | | | 12,500 | | | | | 12,500 | | | | | | 124,500 |
| Membership Dues | 10,000 | 15,000 | 15,000 | 15,000 | 15,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | | | 5,000 | 5,000 | 5,000 | | 180,000 |
| Total Club House | 22,000 | 22,000 | 15,000 | 27,500 | 34,500 | 22,500 | 17,000 | 47,500 | 17,000 | 10,000 | 27,000 | 14,500 | 19,000 | 22,500 | 19,000 | 10,000 | 10,000 | 10,000 | 12,500 | | 5,000 | 5,000 | 5,000 | | 394,500 |
| Track Deposits Already Received | (500) | (5,000) | (5,000) | | (8,000) | (10,000) | (6,000) | (15,000) | (3,100) | (16,000) | (7,000) | | | (29,000) | (5,600) | (11,000) | (19,000) | (3,000) | | | (5,000) | (12,000) | | | (160,200) |
| Track Rentals | 22,000 | 20,000 | 36,000 | 75,000 | 63,000 | 119,000 | 85,000 | 84,000 | 125,000 | 82,000 | 102,000 | 64,000 | 86,000 | 137,000 | 88,000 | 136,000 | 88,000 | 68,000 | 117,000 | 19,000 | 88,000 | 128,000 | 69,000 | 122,400 | 2,023,400 |
| Kart Track Income | | 13,000 | 13,000 | 16,000 | 16,000 | 16,000 | 16,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 27,000 | 25,000 | 25,000 | 25,000 | 557,000 |
| Spectator Events | 500 | 500 | 500 | 1,000 | 1,000 | 1,000 | 1,000 | 6,000 | 3,000 | 15,000 | 12,000 | 20,000 | 1,000 | 1,000 | 1,000 | 1,000 | 3,000 | 4,000 | 19,000 | 111,000 | 11,000 | 11,000 | 25,000 | 25,000 | 274,500 |
| Season Ticket Sales | 300 | 300 | 300 | 300 | 300 | 300 | 1,350 | 1,350 | 1,350 | 1,350 | 1,350 | | | | | | | | | | | | | | 8,100 |
| Food & Beverage Sales | | | | | | | | | | | | | | | | | | | | | | | | | |
| Catering | 700 | | 3,000 | 800 | | 1,500 | 1,000 | 3,000 | 3,000 | 7,000 | 10,000 | 15,000 | 8,000 | 15,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 50,000 | 8,000 | 8,000 | 8,000 | 8,000 | 190,000 |
| Rest./Bar/Concession | | 1,500 | 2,000 | 2,300 | 4,000 | 2,500 | 4,000 | 7,000 | 7,000 | 14,000 | 16,000 | 16,000 | 14,000 | 14,000 | 14,000 | 14,000 | 14,000 | 14,000 | 14,000 | 35,000 | 14,000 | 14,000 | 14,000 | 14,000 | 265,300 |
| **Other:** | | | | | | | | | | | | | | | | | | | | | | | | | |
| Supporting Races | | | | | | | | | | | | | | | | | | | | 40,000 | | | | | 50,000 |
| Race-Car Show/ Entry Fees/Test | | | | | | | | 10,000 | | 35,000 | 10,000 | | | | | | | | 35,000 | 30,000 | | | 35,000 | | 145,000 |
| Partnerships - Net Profit | | | | | | | | | | | | | | | | | | | | 20,000 | | | | | 24,000 |
| Vendor/Sponsor Hosp (non-food) | 4,000 | 4,000 | 8,000 | 6,000 | 8,000 | 12,000 | 7,000 | 7,000 | 7,000 | 7,000 | 3,000 | 1,400 | 17,000 | 17,000 | 17,000 | 17,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 12,000 | 12,000 | 12,000 | 228,600 |
| Fuel Sales Gross | | 3,000 | | 1,500 | | 3,000 | | 500 | 1,500 | | 7,000 | 7,000 | 1,500 | | 3,000 | | 1,500 | 2,000 | 3,000 | 8,000 | 500 | 1,500 | 2,000 | | 26,500 |
| TRG/RUV/DI Lease | 400 | 100 | 1,500 | 500 | 1,000 | 1,500 | 500 | 500 | 500 | 1,000 | 3,000 | 1,000 | 500 | 1,000 | 500 | 500 | 500 | 500 | 1,000 | 8,000 | 500 | 500 | 1,000 | 500 | 26,000 |
| RV Parking/Camping Income/Elec | | | | | | | | | | | 3,000 | 2,000 | | | | | | | | 3,000 | | | | | 8,600 |
| Golf Kart Rentals | | | | | | | | | | | 2,000 | | | | | | | | | 6,000 | | | | | 10,000 |
| Parking Income | 300 | | | | | | | 1,000 | | | 1,000 | | | | | | | | | 2,000 | | | | | 3,600 |
| Programs | | | 112,000 | 20,285 | | 15,000 | 20,000 | | | 20,000 | | | 20,000 | 50,000 | | | 20,285 | | | 50,000 | | | | | 277,570 |
| Sponsorship Income | | | | | | | | | | | | | | | | | | | | | | | | | 70,000 |
| Event Sponsorship | | | | | | | | | | | | | | | | | | | | | | | | | 20,000 |
| VIP Garages | | 1,500 | 500 | 500 | 500 | 500 | 500 | 750 | 750 | 750 | | 750 | 500 | 500 | 500 | 500 | 1,000 | 1,000 | 1,000 | | 2,000 | 2,000 | 2,000 | 2,000 | 13,900 |
| Event Garages | 500 | 500 | 1,500 | 300 | 300 | 300 | 300 | 500 | 500 | 500 | 300 | 500 | 300 | 300 | 300 | 300 | 1,000 | 1,000 | 1,000 | 13,000 | 1,000 | 1,000 | 1,000 | 1,000 | 191,500 |
| VIP Suite Rental | 500 | 2,000 | 2,000 | 4,000 | 4,000 | 5,000 | 5,000 | 9,000 | 9,000 | 10,000 | 12,000 | 13,000 | 9,000 | 10,000 | 9,000 | 9,000 | 9,000 | 9,000 | 9,500 | 13,000 | 9,000 | 9,000 | 12,000 | 9,000 | 86,000 |
| Sales Tax Revenues | 1,660 | 2,245 | 2,245 | 3,541 | 3,541 | 3,191 | 2,486 | 6,318 | 3,693 | 3,863 | 4,990 | 4,373 | 3,936 | 4,981 | 3,936 | 3,936 | 3,320 | 3,320 | 4,280 | 3,860 | 3,225 | 3,115 | 3,625 | 3,115 | 24,500 |
| Shade Tree Garages - 30* | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 276,223 |
| Collection of Prior 2010 AR's | 15,000 | 19,740 | 19,785 | 6,700 | 15,000 | | | | | | | | | | | | | | | | | | | | 76,225 |
| TOTAL PROJECTED REVENUE | 68,060 | 86,385 | 213,330 | 167,226 | 144,141 | 193,291 | 156,136 | 194,918 | 202,193 | 217,463 | 256,340 | 186,523 | 211,736 | 274,781 | 189,636 | 220,236 | 179,605 | 156,820 | 264,280 | 429,860 | 172,725 | 209,115 | 215,625 | 223,015 | 4,833,679 |
| **Projected Operating Expenses** | | | | | | | | | | | | | | | | | | | | | | | | | |
| Wages - Every 2 Weeks | 47,267 | 1,250 | 73,404 | 2,650 | 88,249 | 1,250 | 108,649 | 3,750 | 102,160 | | 125,360 | | 106,610 | 1,250 | 113,010 | | 113,060 | | 118,510 | | 126,110 | | 110,560 | | |
| Payroll Taxes | 5,672 | 150 | 8,808 | 318 | 10,590 | 150 | 13,038 | 450 | 12,259 | | 15,043 | 150 | 12,793 | 150 | 13,561 | | 13,567 | | 14,221 | | 15,133 | | 13,267 | | 19,172 |
| Operating Expenses | 102,423 | 126,642 | 113,157 | 41,198 | 71,104 | 181,708 | 87,334 | 58,354 | 104,786 | 56,869 | 124,540 | 96,354 | 111,849 | 84,699 | 143,094 | 96,585 | 100,465 | 110,346 | 162,643 | 104,629 | 85,834 | 115,645 | 72,529 | 47,560 | 89,345 |
| Real Estate Taxes | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 60000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 60000 | 0 | 0 | 120,000 |
| TOTAL PROJ OPERATING EXPENSE | 155,361 | 128,042 | 195,369 | 44,166 | 169,943 | 183,108 | 209,021 | 122,554 | 219,205 | 56,869 | 264,943 | 96,354 | 231,252 | 86,099 | 269,666 | 96,585 | 227,092 | 110,346 | 295,374 | 104,629 | 227,077 | 175,645 | 196,357 | 47,560 | |
| **Bankruptcy and Professional Fees:** | | | | | | | | | | | | | | | | | | | | | | | | | |
| *Breakdown:* | | | | | | | | | | | | | | | | | | | | | | | | | |
| Lender Fees and Counsel | | | | | | | | 35,846 | | | | | | | | | 35,846 | | | | | | | | 325,000 |
| M&A Consulting Fee | | | | | | | | 22,059 | | | | | | | | | 22,059 | | | | | | | | 200,000 |
| Creditors Committee Fees | | | | | | | | 5,515 | | | | | | | | | 5,515 | | | | | | | | 50,000 |
| Debtor Fees and Counsel | | | | | | | | 11,581 | | | | | | | | | 11,581 | | | | | | | | 105,000 |
| Total Bankruptcy and Professional Fees | | | | | | | | 75,000 | | | | 75000 | | | | | 75000 | | | | | | | | 680,000 |
| 2011 Capital Projects | | | | | | | | | | | | | | | | | | | | | | | | | |
| Trustees Fee | | | | | | | | | | | | | | | 12,052 | | | | 12,052 | | | | | | 15,099 |
| Ovations | 200,000 | 4,000 | | | | 12,052 | 5,850 | | | | 12,052 | | | | | | | | | | 10,725 | | | | 49,345 |
| MRS | | | | | | 5,000 | | | | 5,000 | | | | | 5,000 | | | | | 200,000 | | | 5,000 | | 220,000 |
| WEEKLY CASH FLOW | (287,301) | (45,657) | 17,961 | 123,060 | (25,802) | (8,869) | (58,735) | (2,636) | (17,013) | 155,594 | (20,655) | 15,168 | (19,516) | 188,682 | (97,082) | 123,651 | (122,487) | 46,474 | (43,146) | 125,231 | (65,077) | 33,470 | 14,268 | 175,455 | |
| Beginning Cash Balance | 342,490 | 55,189 | 9,532 | 27,493 | 150,553 | 124,751 | 117,882 | 59,148 | 56,511 | 39,499 | 195,092 | 174,437 | 189,605 | 170,090 | 358,772 | 261,690 | 385,341 | 262,854 | 309,328 | 266,182 | 391,413 | 326,335 | 359,806 | 374,074 | 342,490 |
| Ending Cash Balance | 55,189 | 9,532 | 27,493 | 150,553 | 124,751 | 117,882 | 59,148 | 56,511 | 39,499 | 195,092 | 174,437 | 189,605 | 170,090 | 358,772 | 261,690 | 385,341 | 262,854 | 309,328 | 266,182 | 391,413 | 326,335 | 359,806 | 374,074 | 549,529 | 549,529 |

Beginning Cash - Bank: 10,000
Reserves - Debt Service, Lock Box, Repairs: 244,929
Escrow - Ins & Tax: 87,561
Total: 342,490

3/8/2011
3/8/2011
3/8/2011