# Exhibit C

COHEN, SEGLIAS, PALLAS,
GREENHALL & FURMAN, PC
Steven D. Usdin, Esquire
Nella M. Bloom, Esquire (NB3891)
30 South 17th Street, 19th Floor
Philadelphia, PA 19103
Tel: (215) 564-1700
Fax: (215) 564-3066
Email:  susdin@cohenseglias.com
        nbloom@cohenseglias.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re: NEW JERSEY MOTORSPORTS PARK, LLC, Debtor | Chapter 11 Case No. |
|---|---|
| In re: NEW JERSEY MOTORSPORTS PARK OPERATING COMPANY, LLC, Debtor | Chapter 11 Case No. |
| In re: NEW JERSEY MOTORSPORTS PARK URBAN RENEWAL, LLC, Debtor | Chapter 11 Case No. |
| In re: NEW JERSEY MOTORSPORTS PARK DEVELOPMENT ASSOCIATES, LLC, Debtor | Chapter 11 Case No. |

**CERTIFICATE OF CONSENT REGARDING CONSENT ORDER (A) AUTHORIZING INTERIM AND PERMANENT USE OF CASH COLLATERAL AND GRANTING ADEQUATE PROTECTION PURSUANT TO 11 U.S.C. § 364(c); (B) SCHEDULING FINAL HEARING AND PRESCRIBING FORM AND MANNER OF NOTICE; <u>AND (C) GRANTING RELATED RELIEF</u>**

I HEREBY CERTIFY that with respect to the copy of the above-captioned Consent order submitted to the Court, the following conditions have been met:

1.      The terms of the copy of the Consent Order submitted to the Court are identical to those set forth in the original Consent Order;

2.      The signatures represented by the /s/ on the copy of the Consent Order submitted to the Court reference the signatures of consenting parties obtained on the original consent order;

3.      I will retain the original Consent Order for a period of seven (7) years from the date of closing of the above-captioned Cases;

4.      I will make the original Consent Order available for inspection upon request of the Court or any other party in interest; and

5.      I will simultaneously electronically file this Certification with the Court, by use of my login and password, thereby signing same for all purposes including those under Federal Rule of Bankruptcy Procedure 9011.

                COHEN, SEGLIAS, PALLAS, GREENHALL
                & FURMAN, P.C.


        By:   /s/ Nella M. Bloom
                **Nella M. Bloom, Esquire (NB3891)**
                **Cohen, Seglias, Pallas, Greenhall**
                **& Furman**
                30 South 17th Street, 19th Floor
                Philadelphia, PA 19103
                (215) 564-1700
                *Proposed Attorney for the Debtors*

Dated:  March 7, 2011