COHEN, SEGLIAS, PALLAS,
GREENHALL & FURMAN, PC
Steven D. Usdin, Esquire
Nella M. Bloom, Esquire (NB3891)
30 South 17th Street, 19th Floor
Philadelphia, PA 19103
Tel: (215) 564-1700
Fax: (215) 564-3066
Email:  susdin@cohenseglias.com
        nbloom@cohenseglias.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>NEW JERSEY MOTORSPORTS PARK, LLC,<br>                                                           Debtor | Chapter 11<br><br>Case No. |
| In re:<br><br>NEW JERSEY MOTORSPORTS PARK<br>OPERATING COMPANY, LLC,<br>                                                           Debtor | Chapter 11<br><br>Case No. |
| In re:<br><br>NEW JERSEY MOTORSPORTS PARK URBAN<br>RENEWAL, LLC,<br>                                                           Debtor | Chapter 11<br><br>Case No. |
| In re:<br><br>NEW JERSEY MOTORSPORTS PARK<br>DEVELOPMENT ASSOCIATES, LLC,<br>                                                           Debtor | Chapter 11<br><br>Case No. |

**DEBTORS' APPLICATION FOR DESIGNATION AS**
**<u>COMPLEX CHAPTER 11 CASES</u>**

These four (4) above-captioned bankruptcy cases were filed on March 7, 2011. The undersigned party in interest believes that these cases qualify under the Court's General Order Authorizing Procedures For Complex Chapter 11 Cases, dated November 25, 2009, as complex Chapter 11 cases because:

_____     The Debtors have total liabilities of more than $ _40_____ million;

_____     The Debtors have total assets of more than $ _30_____ million;

_____     There are more than _150_ creditors in these cases;

_____     Claims against the Debtors are publicly traded;

\_\_X\_\_     Other: Substantial explanation is required.  (Attach additional sheets if necessary.)

**The debtors' ongoing business concerns include the operation of a motorsports racetrack, restaurant, concessions, retail sales, and hotel room sales.  The debtors anticipate consummating a complex business transaction during the pendency of their bankruptcy cases (to wit, the auction of ownership interests in the reorganized debtor).  The debtors submit that complex case designation will assist in their continuing to do business with various vendors and keeping open to the public, while taking steps to hold an auction sale and consummate the transaction.**

          **COHEN, SEGLIAS, PALLAS, GREENHALL
     & FURMAN, P.C.**

By:  /s/ Nella M. Bloom
    **Nella M. Bloom, Esquire
Cohen, Seglias, Pallas, Greenhall
 & Furman**
30 South 17th Street, 19th Floor
Philadelphia, PA 19103
(215) 564-1700
*Proposed Attorney for the Debtors*

Dated:  March 7, 2011