UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on 3/10/2011 by Clerk U.S. Bankruptcy Court District of New Jersey

11-16752

| In re: | |
|---|---|
| NEW JERSEY MOTORSPORTS PARK, LLC, | |
| Debtor | |

| In re: | Chapter 11 |
|---|---|
| NEW JERSEY MOTORSPORTS PARK OPERATING COMPANY, LLC, | Case No. |
| Debtor | |

| In re: | Chapter 11 |
|---|---|
| NEW JERSEY MOTORSPORTS PARK URBAN RENEWAL, LLC, | Case No. |
| Debtor | |

| In re: | Chapter 11 |
|---|---|
| NEW JERSEY MOTORSPORTS PARK DEVELOPMENT ASSOCIATES, LLC, | Case No. |
| Debtor | |

### ORDER GRANTING COMPLEX CHAPTER 11 CASE TREATMENT

The relief set forth on the following page is hereby ORDERED.

DATED: _____

United States Bankruptcy Court Judge

**DATED: 3/10/2011**

Judith H. Wizmur, Chief Judge
United States Bankruptcy Court

Page 2
New Jersey Motorsports Park, LLC; New Jersey Motorsports Park Operating Company, LLC; New Jersey Motorsports Park Urban Renewal, LLC; and New Jersey Motorsports Park Development Associates, LLC
Case Nos.
Order Granting Debtors' Application For Designation As Complex Chapter 11 Cases

___

These bankruptcy cases were filed on March 7, 2011. An Application for Designation as Complex Chapter 11 Case was filed. After review of the initial pleadings filed in these cases, the Court concludes that these cases constitute Complex Chapter 11 Cases.

IT IS ORDERED that the request set forth in the Application for Designation As Complex Chapter 11 Case pursuant to the Court's General Order Governing Procedures For Complex Chapter 11 Cases is HEREBY GRANTED; and

IT IS FURTHER ORDERED that the Guidelines Establishing Case Management And Administrative Procedures For Cases Designated As Complex Chapter 11 Cases as set forth at Exhibit F to the Court's General Order Governing Procedures For Complex Chapter 11 Cases shall apply; and

IT IS FURTHER ORDERED that the Debtors shall submit, within _30_ days of the date of this Order, a proposed case management order in accordance with the Guidelines Establishing Case Management and Administrative Procedures For Cases Designated As Complex Chapter 11 Cases, which proposed order shall include procedures for allowance of interim compensation and reimbursement of expenses to the professionals employed in the cases.

*Approved by Judge Judith H. Wizmur March 10, 2011*