**ARTHUR J. ABRAMOWITZ (AA3724)**
**ERIC L. SCHERLING (ES9236)**
**COZEN O'CONNOR**
 A Pennsylvania Professional Corporation
LibertyView, Suite 300
457 Haddonfield Road
Cherry Hill, NJ  08002
(856) 910-5000

Counsel for Ovations Food Services, LP

| | |
|---|---|
| In re: | : UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| NEW JERSEY MOTORSPORTS PARK, LLC, et al.,[1] | : Chapter 11 |
| Debtors. | : Case No. 11-16752 (JHW) |
| | : (Jointly Administered) |
| | **Hearing Date: April 4, 2011 at 10:00 a.m.** |

## NOTICE OF MOTION FOR RELIEF FROM STAY

Ovations Food Services, L.P.  ("Ovations"), by and through its undersigned counsel, has filed a motion for relief from stay (the "Motion").

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the relief requested by Ovations, or if you want the Court to consider your views on the Motion, then on or before March 28, 2011, you or your attorney must:

File with the Court an answer explaining your position at:  Clerk, U.S. Bankruptcy Court, U.S. Courthouse and Post Office Building, 401 Market Street, Camden, New Jersey 08101.  If

---

[1] In addition to New Jersey Motorsports Park, LLC, the affiliated debtors are New Jersey Motorsports Operating Company, LLC (Case No. 11-16772), New Jersey Motorsports Park Urban Renewal, LLC (Case No. 11-16778), and New Jersey Motorsports Park Development Associates, LLC (Case No. 11-16776).

you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You **must** also mail a copy to:

Arthur J. Abramowitz, Esquire, COZEN O'CONNOR, PC, LibertyView, Suite 300, 457 Haddonfield Road, Cherry Hill, NJ 08002.

Attend a hearing scheduled to be held on April 4, 2011 at 10:00 a.m. at United States Bankruptcy Court, Courtroom 4B, Mitchell H. Cohen U.S. Courthouse, 400 Cooper Street, Camden, New Jersey 08101.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Dated: March 14, 2011                                COZEN O'CONNOR, PC


By:     /s/ Arthur J. Abramowitz
        Arthur J. Abramowitz
        Eric L. Scherling

        Counsel for Ovations Food Services, LP