UNITED STATES BANKRUPTCY COURT
DISTRICT OF New Jersey

In re New Jersey Motorsports Park, LLC
Debtor

Case No. 11-16752-JHW

# INITIAL MONTHLY OPERATING REPORT

File report and attachments with Court and submit copy to United States Trustee within 15 days after order for relief.

Certificates of insurance must name United States Trustee as a party to be notified in the event of policy cancellation. Bank accounts and checks must bear the name of the debtor, the case number, and the designation "Debtor in Possession." Examples of acceptable evidence of Debtor in Possession Bank accounts include voided checks, copy of bank deposit agreement/certificate of authority, signature card, and/or corporate checking resolution.

| REQUIRED DOCUMENTS | Document Is Attached | Explanation Attached |
|---|---|---|
| 12-Month Cash Flow Projection (Form IR-1) | ✓ | |
| Certificates of Insurance: | | |
| Workers Compensation | ✓ | |
| Property | ✓ | |
| General Liability | ✓ | |
| Vehicle | ✓ | |
| Other: | | |
| Identify areas of self-insurance w/liability caps | N/A | N/A |
| ~~Evidence of Debtor in Possession Bank Accounts~~ | | |
| ~~Tax Escrow Account~~ PAYROLL ACCOUNT | ✓ | |
| General Operating Account | ✓ | |
| Money Market Account pursuant to Local Rule 4001-3 for the | | |
| District of Delaware only. Refer to: | | |
| http://www.deb.uscourts.gov/ | | |
| Other: CREDIT CARD ACCOUNT | ✓ | |
| Retainers Paid (Form IR-2) | ✓ | |
| | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the documents attached are true and correct to the best of my knowledge and belief.

Signature of Debtor — Date

Signature of Joint Debtor — Date

[signature] 3/17/11
Signature of Authorized Individual* — Date

Lee Bakin — Manager
Printed Name of Authorized Individual — Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

FORM IR
(4/07)

**New Jersey Motorsports Park, LLC**
**Case No. 11-16752-JHW**
**12 Month Cash Flow Projection**

**New Jersey Motorsports Park Operating Company, LLC**
**Case No. 11-16772-JHW**
**12 Month Cash Flow Projection**

**New Jersey Motorsports Park Urban Renewal, LLC**
**Case No. 11-16778-JHW**
**12 Month Cash Flow Projection**

**New Jersey Motorsports ParkDevelopment Associates, LLC**
**Case No. 11-16776-JHW**
**12 Month Cash Flow Projection**

**INITIAL REPORT**

| | March | April | May | June | July | Aug | Projected Plan<br>Confirmation<br>Transactions | Sept | Oct | Nov | Dec | Jan | Feb | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PROJECTED REVENUE** | | | | | | | | | | | | | | |
| Club House | | | | | | | | | | | | | | |
| Driver's Club Track Days | 7,000 | 14,000 | 16,000 | 18,000 | 25,000 | 20,000 | | 21,600 | 21,600 | 10,800 | - | - | - | 154,000 |
| Membership Initiation Fees | 12,000 | 37,500 | 50,000 | 12,500 | 12,500 | - | | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 40,000 | 314,500 |
| Membership Dues | 40,000 | 50,000 | 50,000 | 40,000 | - | - | | 10,000 | 10,000 | 10,000 | 10,000 | 38,000 | 60,000 | 318,000 |
| Total Club House | 59,000 | 101,500 | 116,000 | 70,500 | 37,500 | 20,000 | | 61,600 | 61,600 | 50,800 | 40,000 | 68,000 | 100,000 | 786,500 |
| Track Deposits Already Received | (10,500) | (24,000) | (41,100) | (45,600) | (27,000) | (45,000) | | (46,556) | (50,213) | (14,200) | 25,000 | 75,000 | 125,000 | (79,169) |
| Track Rentals | 78,000 | 342,000 | 457,000 | 447,000 | 380,000 | 445,000 | | 443,000 | 450,000 | 112,000 | - | | | 3,154,000 |
| Kart Track Income | 26,000 | 64,000 | 125,000 | 120,000 | 147,000 | 120,000 | | 122,500 | 45,750 | 15,000 | - | | | 785,250 |
| Spectator Events | 1,500 | 4,000 | 56,000 | 4,000 | 148,000 | 72,000 | | 250,000 | - | - | - | | | 535,500 |
| Season Ticket Sales | 900 | 2,250 | 5,400 | - | - | - | | - | - | - | 50,000 | | | 58,550 |
| Food & Beverage Sales | - | - | - | - | - | - | | 225,000 | 130,000 | 25,000 | 50,000 | | 8,840 | 438,840 |
| Catering | 3,700 | 3,300 | 38,000 | 39,000 | 82,000 | 82,000 | | | | | | | | 248,000 |
| Rest /Bar/Concession | 3,500 | 12,800 | 60,000 | 56,000 | 91,000 | 56,000 | | | | | | | | 279,300 |
| Other: | - | - | - | - | - | | | | | | | | | |
| Supporting Races | - | - | 10,000 | - | 40,000 | - | | | | | | | | 50,000 |
| Race- Car Show / Entry Fees/Test | - | - | 45,000 | - | 65,000 | 70,000 | | | | | | | | 180,000 |
| Partnerships - Net Profit | - | - | - | - | - | - | | | | | | | | - |
| Vendor / Sponsor Hosp (non-food) | - | - | 4,400 | - | 20,000 | - | | | | | | | | 24,400 |
| Fuel Sales Gross | 16,000 | 33,000 | 35,000 | 68,000 | 40,000 | 48,000 | | 45,000 | 45,000 | 22,500 | - | | | 352,500 |
| TRG / RIV / DI Lease | 3,000 | 4,500 | 4,500 | 4,500 | 6,500 | 7,000 | | 3,500 | 3,500 | 3,500 | 3,500 | | | 44,000 |
| RV Parking/ Camping Income/Elec | 2,000 | 3,500 | 6,000 | 2,000 | 10,500 | 3,000 | | 21,000 | 5,000 | 3,000 | - | | | 56,000 |
| Golf Kart Rentals | - | - | 5,000 | - | 3,000 | - | | | | | | | | 8,000 |
| Parking Income | - | - | 4,000 | - | 6,000 | - | | 15,000 | 1,500 | 1,500 | - | | | 28,000 |
| Programs | - | - | 1,000 | - | 2,000 | - | | 4,000 | | | | | | 7,000 |
| Sponsorship Income | 112,000 | 55,285 | 20,000 | 70,000 | 20,285 | - | | | | | | 112,000 | 65,000 | 454,570 |
| Event Sponsorship | - | - | 20,000 | - | 50,000 | - | | 50,000 | - | - | - | | | 120,000 |
| VIP Garages | 2,000 | 2,000 | 3,000 | 2,000 | 5,000 | 8,000 | | 2,000 | 2,000 | 2,000 | 2,000 | | | 30,000 |
| Event Garages | 2,500 | 1,200 | 2,000 | 1,200 | 4,000 | 4,000 | | 14,000 | 4,500 | 4,500 | 4,500 | | | 42,400 |
| VIP Suite Rental | 4,500 | 17,000 | 53,000 | 37,000 | 49,500 | 42,000 | | 62,100 | 36,100 | 13,200 | 6,820 | | | 321,220 |
| Sales Tax Revenues | 6,150 | 12,759 | 23,235 | 16,789 | 18,005 | 13,480 | | | | | | | | 90,418 |
| Shade Tree Garages - 30 * | 3,000 | 4,000 | 5,000 | 4,000 | 5,000 | 4,000 | | 6,000 | 6,000 | 6,000 | 6,000 | 3,000 | 2,000 | 54,000 |
| New Track Deposits - post 4/24 | - | - | - | - | - | - | | | | | | | | - |
| **TOTAL PROJECTED REVENUE** | 313,250 | 639,094 | 1,057,435 | 896,389 | 1,203,290 | 949,480 | | 1,278,144 | 740,737 | 244,800 | 187,820 | 258,000 | 300,840 | 8,069,279 |
| **Projected Operating Expenses** | | | | | | | | | | | | | | |
| Wages - Every 2 Weeks | 121,921 | 200,798 | 231,270 | 220,870 | 357,680 | 221,120 | | 305,558 | 216,938 | 138,463 | 110,429 | 85,500 | 89,442 | 2,299,987 |
| Payroll Taxes | 14,630 | 24,096 | 27,752 | 26,504 | 42,922 | 26,534 | | 33,611 | 23,863 | 15,231 | 12,147 | 9,405 | 9,839 | 266,535 |
| Operating Expenses | 342,222 | 381,343 | 500,903 | 436,227 | 563,917 | 496,349 | | 660,697 | 301,895 | 187,564 | 159,887 | 128,618 | 101,500 | 4,261,121 |
| **TOTAL PROJ OPERATING EXPENSE** | 478,772 | 606,237 | 759,925 | 683,601 | 964,519 | 744,003 | | 999,866 | 542,697 | 341,257 | 282,463 | 223,522 | 200,780 | 6,827,643 |
| **PROJ OPERATING PROFIT** | (165,522) | 32,857 | 297,510 | 212,788 | 238,771 | 205,477 | - | 278,278 | 198,040 | (96,457) | (94,643) | 34,478 | 100,060 | 1,241,636 |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Other Revenues: | | | | | | | | | | | | | | |
| Capital Infusion | 0 | 0 | 0 | 0 | 0 | 0 | 2,000,000 | | | | | | | 2,000,000 |
| Collection of Prior 2010 AR's | - | 21,700 | | | | | | | | | | | | 21,700 |
| Cash Available | (165,522) | 54,557 | 297,510 | 212,788 | 238,771 | 205,477 | 2,000,000 | 278,278 | 198,040 | (96,457) | (94,643) | 34,478 | 100,060 | 3,263,336 |
| *Breakdown* | Paid | | | | | | Balance | | | | | | | |
| Loeb | | | | | | | 250,000 | | | | | | | 250,000 |
| M&A | | | | | | | 200,000 | | | | | | | 200,000 |
| ML Local Counsel | | | | | | | 25,000 | | | | | | | 25,000 |
| Creditors Committee | | | | | | | 50,000 | | | | | | | 50,000 |
| Ritcher Conculting | | | | | | | 50,000 | | | | | | | 50,000 |
| NJMP BK Accountant | - | | | | | | 10,000 | | | | | | | 10,000 |
| NJMP BK Attorney | | | | | | | 75,000 | | | | | | | 75,000 |
| Payments on Account | | | 75,000 | | 75,000 | | | | | | | | | |
| NJMP Local | | | | | | | 20,000 | | | | | | | 20,000 |
| Total BK & Professional Fees | - | - | 75,000 | - | 75,000 | - | 530,000 | | | | | | | 680,000 |
| Payoff of Unsecured Creditors | - | - | - | - | - | - | 367,973 | | | | | | | 367,973 |
| Sales Tax Installment | - | - | - | - | - | - | 50,000 | 2,600 | 2,600 | 2,600 | 2,600 | 3,400 | 3,400 | 67,200 |
| Escrow Buildup (Debt/RE Tax/ Ins) | - | - | - | - | - | - | 336,000 | 89,000 | 89,000 | (89,000) | (89,000) | (89,000) | (89,000) | 158,000 |
| 2011 Capital Projects | - | - | 75,000 | - | - | - | | | | | | | | 75,000 |
| Working Capital | - | | | | | | 500,000 | | | | | | | 500,000 |
| ML Interest | - | - | - | - | - | - | | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 300,000 |
| Trustees Fee | - | 5,850 | - | - | 10,725 | - | | | | | | | | 16,575 |
| Ovations- PROPOSED SETTLEMENT | 4,000 | 12,052 | 12,052 | 12,052 | 12,052 | 12,052 | 209,552 | 12,052 | 12,052 | 4,000 | 4,000 | 4,000 | 4,000 | 313,916 |
| MRS Payback | 200,000 | 5,000 | 5,000 | 5,000 | 200,000 | 5,000 | | 5,000 | 5,000 | 5,000 | 5,000 | | | 440,000 |
| Other Receipts: | | | | | | | | | | | | | | |
| Collection of Prior AR | 54,525 | 21,700 | - | - | - | - | | | | | | | | |
| **BK & Professional Fees less Collection of Prior AR** | 149,475 | 1,202 | 167,052 | 17,052 | 297,777 | 17,052 | 1,993,525 | 158,652 | 158,652 | (27,400) | (27,400) | (31,600) | (31,600) | 2,918,664 |
| **MONTHLY CASH FLOW** | (314,997) | 53,355 | 130,458 | 195,736 | (59,006) | 188,425 | 6,475 | 119,626 | 39,388 | (69,057) | (67,243) | 66,078 | 131,660 | 344,672 |
| **Beginning Cash Balance** | 370,997 | 56,000 | 109,355 | 239,812 | 435,548 | 376,542 | 564,968 | 571,443 | 691,069 | 730,457 | 661,400 | 594,157 | 660,234 | 370,997 |
| **Ending Cash Balance** | 56,000 | 109,355 | 239,812 | 435,548 | 376,542 | 564,968 | 571,443 | 691,069 | 730,457 | 661,400 | 594,157 | 660,234 | 791,894 | 715,669 |

ACORD

# CERTIFICATE OF LIABILITY INSURANCE

OP ID: GADE
DATE (MM/DD/YYYY) 03/16/11

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

PRODUCER 610-234-0224
Delaware Valley Financial Grp
125 E. Elm Street, Suite 300
Conshohocken, PA 19428
610-897-2999

CONTACT NAME:
PHONE (A/C, No, Ext): FAX (A/C, No):
E-MAIL ADDRESS:
PRODUCER CUSTOMER ID #: NJMPM-1

| INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A : NJCRIB | |
| INSURER B : | |
| INSURER C : | |
| INSURER D : | |
| INSURER E : | |
| INSURER F : | |

INSURED
NJMP Management, LLC.
New Jersey Motorsport Park, L
47 Warbird Dr.
Millville, NJ 08332

## COVERAGES

CERTIFICATE NUMBER: REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| | GENERAL LIABILITY | | | | | | EACH OCCURRENCE | $ |
| | COMMERCIAL GENERAL LIABILITY | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ |
| | CLAIMS-MADE / OCCUR | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ |
| | | | | | | | GENERAL AGGREGATE | $ |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | PRODUCTS - COMP/OP AGG | $ |
| | POLICY / PRO-JECT / LOC | | | | | | | $ |
| | AUTOMOBILE LIABILITY | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | ALL OWNED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | SCHEDULED AUTOS | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | HIRED AUTOS | | | | | | | $ |
| | NON-OWNED AUTOS | | | | | | | $ |
| | UMBRELLA LIAB / OCCUR | | | | | | EACH OCCURRENCE | $ |
| | EXCESS LIAB / CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | DEDUCTIBLE | | | | | | | $ |
| | RETENTION $ | | | | | | | $ |
| X | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY; ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) Y/N; If yes, describe under DESCRIPTION OF OPERATIONS below | N/A | | M44383-8-10 | 09/15/10 | 09/15/11 | X WC STATU-TORY LIMITS / OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ 100,000 |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ 100,000 |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ 500,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (Attach ACORD 101, Additional Remarks Schedule, if more space is required)

**CERTIFICATE HOLDER**

Office of US Trustee
1 Newark Center
185 Raymnd Boulevard
Newark, NJ 07102

**CANCELLATION**

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

AUTHORIZED REPRESENTATIVE
Madenise Carroll, CPCU, 3/15/11

© 1988-2009 ACORD CORPORATION. All rights reserved.

The ACORD name and logo are registered marks of ACORD

BRAHPRO

**ACORD™** **EVIDENCE OF PROPERTY INSURANCE**

DATE (MM/DD/YYYY): 03/09/2011

THIS EVIDENCE OF PROPERTY INSURANCE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE ADDITIONAL INTEREST NAMED BELOW. THIS EVIDENCE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS EVIDENCE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE ADDITIONAL INTEREST.

AGENCY — PHONE (A/C, No, Ext): 312 595-6200
Malter Team
Mesirow Insurance Services
353 N. Clark Street
Chicago, IL 60654

FAX (A/C, No): 312 595-6381 — E-MAIL ADDRESS:
CODE: — SUB CODE:
AGENCY CUSTOMER ID #: 5516

COMPANY
Affiliated FM Insurance Company
300 S. Northwest Highway

Park Ridge, IL 60068

INSURED
Brahin Properties, Inc.
1535 Chestnut Street
Suite 200
Philadelphia, PA 19102

| LOAN NUMBER | POLICY NUMBER | |
|---|---|---|
| | EJ837 | |
| EFFECTIVE DATE | EXPIRATION DATE | CONTINUED UNTIL TERMINATED IF CHECKED |
| 03/01/11 | 03/01/12 | ☐ |

THIS REPLACES PRIOR EVIDENCE DATED:

## PROPERTY INFORMATION

LOCATION/DESCRIPTION
JN Motorsports Park
West Buckshutem Road & Dividing Creek Road, Millville, NJ

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS EVIDENCE OF PROPERTY INSURANCE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

## COVERAGE INFORMATION

| COVERAGE/PERILS/FORMS | AMOUNT OF INSURANCE | DEDUCTIBLE |
|---|---|---|
| Blanket Real & Personal Property, Business Income/Loss of Rents: All Risk, Including Certified and Non-Certified Acts of Terrorism, Boiler & Machinery, Replacement Cost, Agreed Amount, Loss of Rents Period of Indemnity-12 Months | $99,579,700 | $10,000 |
| Flood | $10,000,000 | $100,000 |
| Earthquake | $10,000,000 | $100,000 |

## REMARKS (Including Special Conditions)

Named Insured Includes: New Jersey Motorsports Park, LLC; New Jersey Motorsports Park Urban Renewal, LLC

## CANCELLATION

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

## ADDITIONAL INTEREST

NAME AND ADDRESS
Office of the United States Trustee
One Newark Center
1085 Raymond Blvd., Suite 2100
Newark, NJ 07102

☐ MORTGAGEE ☐ ADDITIONAL INSURED
☐ LOSS PAYEE

LOAN #

AUTHORIZED REPRESENTATIVE
[signature]

© 1993-2009 ACORD CORPORATION. All rights reserved.
JH2
The ACORD name and logo are registered marks of ACORD

Client#: 5516 BRAHPRO

**ACORD™ CERTIFICATE OF LIABILITY INSURANCE**

DATE (MM/DD/YYYY) 3/10/2011

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

PRODUCER
Malter Team
Mesirow Insurance Services
353 N. Clark Street
Chicago, IL 60654

CONTACT NAME:
PHONE (A/C, No, Ext): 312 595-6200 FAX (A/C, No): 312 595-6381
E-MAIL ADDRESS:

| INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A : Wausau Underwriters Ins. Co | |
| INSURER B : | |
| INSURER C : | |
| INSURER D : | |
| INSURER E : | |
| INSURER F : | |

INSURED
Brahin Properties, Inc.
1535 Chestnut Street
Suite 200
Philadelphia, PA 19102

COVERAGES CERTIFICATE NUMBER: REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| | GENERAL LIABILITY<br>COMMERCIAL GENERAL LIABILITY<br>CLAIMS-MADE / OCCUR<br>GEN'L AGGREGATE LIMIT APPLIES PER: POLICY / PRO-JECT / LOC | | | | | | EACH OCCURRENCE<br>DAMAGE TO RENTED PREMISES (Ea occurrence)<br>MED EXP (Any one person)<br>PERSONAL & ADV INJURY<br>GENERAL AGGREGATE<br>PRODUCTS - COMP/OP AGG | $<br>$<br>$<br>$<br>$<br>$<br>$ |
| A | AUTOMOBILE LIABILITY<br>X ANY AUTO<br>ALL OWNED AUTOS / SCHEDULED AUTOS<br>X HIRED AUTOS / X NON-OWNED AUTOS<br>X DriveOtherCar | | | ASKZ91448646021 | 03/01/2011 | 03/01/2012 | COMBINED SINGLE LIMIT (Ea accident)<br>BODILY INJURY (Per person)<br>BODILY INJURY (Per accident)<br>PROPERTY DAMAGE (Per accident) | $1,000,000<br>$<br>$<br>$<br>$ |
| | UMBRELLA LIAB / OCCUR<br>EXCESS LIAB / CLAIMS-MADE<br>DED / RETENTION $ | | | | | | EACH OCCURRENCE<br>AGGREGATE | $<br>$<br>$ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y/N<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH)<br>If yes, describe under DESCRIPTION OF OPERATIONS below | N/A | | | | | WC STATU-TORY LIMITS / OTH-ER<br>E.L. EACH ACCIDENT<br>E.L. DISEASE - EA EMPLOYEE<br>E.L. DISEASE - POLICY LIMIT | $<br>$<br>$ |
| A | Comprehensive<br>Collision | | | ASKZ91448646021<br>ASKZ91448646021 | 03/01/2011<br>03/01/2011 | 03/01/2012<br>03/01/2012 | ACV Less $500 Ded.<br>ACV Less $500 Ded. | |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (Attach ACORD 101, Additional Remarks Schedule, if more space is required)
JN Motorsports Park; West Buckshutem Road & Dividing Creek Road, Millville, NJ
Named Insured Includes: New Jersey Motorsports Park, LLC and New Jersey Motorsports Park Urban Renewal, LLC
RE: All Owned and Leased Vehicles
Office of the United States Trustee is an additional insured on the automobile liability policy if required by written contract with a named insured.

CERTIFICATE HOLDER
Office of the United States Trustee
One Newark Center
1085 Raymond Blvd., Suite 2100
Newark, NJ 07102

CANCELLATION
SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

AUTHORIZED REPRESENTATIVE
[signature]

© 1988-2010 ACORD CORPORATION. All rights reserved.

**ACCOUNT RECEIPT** B32

08 - Susquehanna Bank
Millville Office
901 North 2nd Street
Millville, NJ 08332

Susquehanna

Date: 03/11/11 Employee: Korin Klein

**1 Account Information**

**1a Account Title**

NEW JERSEY MOTORSPORTS PARK LLC
Debtor in Possession Case #11-16778JHW ①
OPERATING ACCOUNT

**1b Mailing Address**

47 WARBIRD DRIVE
MILLVILLE, NJ 08332

**1c Account Detail**

Account Number [redacted]1642
Account Description debtor in possession
Primary TIN [redacted]6719

**1d Ownership of Account**

- ☐ Individual ☐ Corporation ☐ Limited Liability Company
- ☐ Joint ☐ Partnership ☐ Sole Proprietorship
- ☐ Trust - Separate Agreement Dated:
- ☒ Other Limited Liability

**2 Signers**

Except as otherwise provided by law or other documents, each of the signers listed below is authorized to make withdrawals from the account. Each signer must have a signed Customer Agreement on file with Susquehanna.

| Name | TIN | Relationship to Account Owner |
|---|---|---|
| BRADFORD R SCOTT | [redacted]-2649 | Authorized Signer |
| KAREN STEELE | [redacted]-8058 | Authorized Signer |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**3 Disclosures**

**Disclosures Provided**

- ☐ Privacy ☐ Truth in Savings Disclosure
- ☐ Fee Schedule ☐ Deposit Account Agreement
- ☐ Other

① CASE NUMBER CORRECTED BY BANK (SEE ATTACHED)

Form B32 Rev. 1-1-2010

Bankers Systems, Inc., St. Cloud, MN MDF. EPAARB32

Ca[illegible] 12:02:55 Desc Main Document Page 8 of 13

Susquehanna Bank — About | Client Portal | NetForum | Website | Help Desk | Home 3/17/2011 - 10:15 AM

PRINT FORM | PRINT SERIES FORM | VIEW MESSAGES

Deposit Inquiry For [redacted]1642 - DEBTOR IN POSS BUS
NEW JERSEY MOTORSPORTS PARK LLC

PREVIOUS < SUBMIT > EXIT

SPECIAL MESSAGES. >

New account Memo posted

PAGE FUNCTIONS
> ADDL FUNCTIONS
> SWEEP INQUIRY
> HISTORY
> ADDRESS/MAILING
> MESSAGES
> MAINTENANCE
> RELATIONSHIPS
> STOPS / HOLDS
> MORE FUNCTIONS

Page 1 | Page 2 | Page 3 | Page 4 | Page 5 | Page 6 | Page 7 | Page 8 | Page 9 | Page 10 | Page 11 | Page 12

**CUSTOMER INFORMATION**

DEBTOR IN POSSESSION CASE #11-16752JHW
OPERATING ACCOUNT
47 WARBIRD DRIVE
MILLVILLE NJ 08332

| | |
|---|---|
| CIF number | NRB0150 |
| Tax ID number | 56-2445719 |
| Branch number | 284 |
| Birth date | |
| Home phone | (000) 000-0000 |
| Business phone | (215) 563-7222 |

**SERVICE CHARGE INFORMATION**

| | |
|---|---|
| SC/interest/statement cycle | 40 |
| Service charge | Yes |
| SC Waive expiration | 0/00/00 |
| Associated S/C Acct | |
| Automatic NSF fee | Yes |
| Service charge code | D9 |
| Statement/Passbook code | Not coded |

**BALANCE INFORMATION**

| | |
|---|---|
| Available Balance | 205,410.90 |
| Collected balance | 211,769.30 |
| Current balance | 222,000.63 |
| Yesterday's balance | 222,000.63 |
| Last statement balance | .00 |
| Avg collected balance | 94,245.42 |
| Avg ledger balance | 108,324.21 |
| Closing balance | 222,000.63 |
| Accrued interest | .00 |
| Interest rate | .000000% |

**DATE INFORMATION**

| | | |
|---|---|---|
| Date last active | 3/16/11 | |
| Last deposit | 3/16/11 | 10,421.25 |
| Date last overdrawn | 0/00/00 | |
| Date opened | 3/11/11 | |
| Date last statement | 0/00/00 | |
| Date last contact | 3/11/11 | |

17-Mar-2011 10:30 PM Susquehanna Bank 856-825-3967 2/4

ACCOUNT RECEIPT B32

Date: 03/11/11 Employee: Korin Klein

031 - Susquehanna Bank
Millville Office
901 North 2nd Street
Millville,NJ 08332

Susquehanna

**1 Account Information**

**1a Account Title**

NEW JERSEY MOTORSPORTS PARK LLC
Debtor in Possession Case #11-16778-JHW (1)
PAYROLL ACCOUNT

**1b Mailing Address**

47 WARBIRD DRIVE
MILLVILLE,NJ 08332

**1c Account Detail**

Account Number [redacted]550
Account Description debtor in possession
Primary TIN [redacted]6719

**1d Ownership of Account**

☐ Individual ☐ Corporation ☐ Limited Liability Company
☐ Joint ☐ Partnership ☐ Sole Proprietorship
☐ Trust - Separate Agreement Dated:
☒ Other Limited Liability

**2 Signers**

Except as otherwise provided by law or other documents, each of the signers listed below is authorized to make withdrawals from the account. Each signer must have a signed Customer Agreement on file with Susquehanna.

| Name | TIN | Relationship to Account Owner |
|---|---|---|
| BRADFORD R SCOTT | [redacted]-2649 | Authorized Signer |
| KAREN STEELE | [redacted]-8058 | Authorized Signer |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**3 Disclosures**

**Disclosures Provided**

☐ Privacy ☐ Truth in Savings Disclosure
☐ Fee Schedule ☐ Deposit Account Agreement
☐ Other

(1) CASE NUMBER CORRECTED BY BANK (SEE ATTACHED)

Form B32 Rev. 1-1-2010

Bankers Systems, Inc., St. Cloud, MN MDF. EPAARB32

Silverlake Browser Interface

Susquehanna Bank | About | Client Portal | NetForum | Website | Help Desk | Home

PRINT FORM | PRINT SERIES FORM | VIEW MESSAGES

Deposit Inquiry For [redacted]550 - DEBTOR IN POSS BUS
NEW JERSEY MOTORSPORTS PARK LLC

PREVIOUS < SUBMIT > EXIT

SPECIAL MESSAGES >

PAGE FUNCTIONS

- ADDL FUNCTIONS
- SWEEP INQUIRY
- HISTORY
- ADDRESS/MAILING
- MESSAGES
- MAINTENANCE
- RELATIONSHIPS
- STOPS / HOLDS
- MORE FUNCTIONS

New account

Page 1 | Page 2 | Page 3 | Page 4 | Page 5 | Page 6 | Page 7 | Page 8 | Page 9 | Page 10 | Page 11 | Page 12

**CUSTOMER INFORMATION**

DEBTOR IN POSSESSION CASE #11-15752-JHW
PAYROLL ACCOUNT
47 WARBIRD DRIVE
MILLVILLE NJ 08332

| | |
|---|---|
| CIF number | NAB0150 |
| Tax ID number | 55-2446719 |
| Branch number | 204 |
| Birth date | |
| Home phone | (000) 000-0000 |
| Business phone | (215) 563-7222 |

**SERVICE CHARGE INFORMATION**

| | |
|---|---|
| SC/interest/statement cycle | 40 |
| Service charge | Yes |
| SC Waive expiration | 0/00/00 |
| Associated S/C Acct | |
| Automatic NSF fee | Yes |
| Service charge code | DB |
| Statement/Passbook code | Not coded |

**BALANCE INFORMATION**

| | |
|---|---|
| Available Balance | .00 |
| Collected balance | .00 |
| Current balance | .00 |
| Yesterday's balance | .00 |
| Last statement balance | .00 |
| Avg collected balance | .00 |
| Avg ledger balance | .00 |
| Closing balance | 20.00- |
| Accrued interest | .00 |
| Interest rate | .000000% |

**DATE INFORMATION**

| | | |
|---|---|---|
| Date last active | 0/00/00 | |
| Last deposit | 0/00/00 | .00 |
| Date last overdrawn | 0/00/00 | |
| Date opened | 3/11/11 | |
| Date last statement | 0/00/00 | |
| Date last contact | 3/11/11 | |

Learn more >

**ACCOUNT RECEIPT** B32

Date: 03/15/11 Employee: Korin Klein

01 - Susquehanna Bank
Millville Office
901 North 2nd Street
Millville,NJ 08332

Susquehanna

**1 Account Information**

**1a Account Title**

NEW JERSEY MOTORSPORTS PARK LLC
Debtor in Possession Case # 11-16778-JHW (1)
Credit Card Account

**1b Mailing Address**

47 WARBIRD DRIVE
MILLVILLE,NJ 08332

**1c Account Detail**

Account Number [redacted]3274
Account Description debtor in possession
Primary TIN [redacted]6719

**1d Ownership of Account**

- ☐ Individual ☐ Corporation ☐ Limited Liability Company
- ☐ Joint ☐ Partnership ☐ Sole Proprietorship
- ☐ Trust - Separate Agreement Dated:
- ☒ Other Limited Liability

**2 Signers**

Except as otherwise provided by law or other documents, each of the signers listed below is authorized to make withdrawals from the account. Each signer must have a signed Customer Agreement on file with Susquehanna.

| Name | TIN | Relationship to Account Owner |
| --- | --- | --- |
| BRADFORD R SCOTT | [redacted]-2649 | Authorized Signer |
| KAREN STEELE | [redacted]8058 | Authorized Signer |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**3 Disclosures**

**Disclosures Provided**

- ☒ Privacy ☒ Truth in Savings Disclosure
- ☒ Fee Schedule ☒ Deposit Account Agreement
- ☐ Other

(1) CASE NUMBER CORRECTED BY BANK (SEE ATTACHED)

327-8835

Form B32 Rev. 1-1-2010

Bankers Systems, Inc., St. Cloud, MN MDF, EPAARB32



Susquehanna Bank | About | Client Portal | NetForum | Website | Help Desk | Home
3/17/2011 - 10:18 AM

PRINT FORM | PRINT iSERIES FORM | VIEW MESSAGES

Deposit Inquiry For [redacted]3274 - DEBTOR IN POSS BUS
NEW JERSEY MOTORSPORTS PARK LLC

PREVIOUS < SUBMIT > EXIT 01

SPECIAL MESSAGES. >

PAGE FUNCTIONS
- > ADDL FUNCTIONS
- > SWEEP INQUIRY
- > HISTORY
- > ADDRESS/MAILING
- > MESSAGES
- > MAINTENANCE
- > RELATIONSHIPS
- > STOPS / HOLDS
- > MORE FUNCTIONS

Learn more >

New account

Page 1 | Page 2 | Page 3 | Page 4 | Page 5 | Page 6 | Page 7 | Page 8 | Page 9 | Page 10 | Page 11 | Page 12

**CUSTOMER INFORMATION**

DEBTOR IN POSSESSION CASE # 11-16752-JHW
CREDIT CARD ACCOUNT
47 WARBIRD DRIVE
MILLVILLE NJ 08332

| | |
|---|---|
| CIF number | NAB0150 |
| Tax ID number | 56-2446719 |
| Branch number | 204 |
| Birth date | |
| Home phone | (000) 000-0000 |
| Business phone | (215) 563-7222 |

**SERVICE CHARGE INFORMATION**

| | |
|---|---|
| SC/interest/statement cycle | 40 |
| Service charge | Yes |
| SC Waive expiration | 0/00/00 |
| Associated S/C Acct | |
| Automatic NSF fee | Yes |
| Service charge code | D8 |
| Statement/Passbook code | Not coded |

**BALANCE INFORMATION**

| | |
|---|---|
| Available Balance | .00 |
| Collected balance | .00 |
| Current balance | .00 |
| Yesterday's balance | .00 |
| Last statement balance | .00 |
| Avg collected balance | .00 |
| Avg ledger balance | .00 |
| Closing balance | 20.00- |
| Accrued interest | .00 |
| Interest rate | .000000% |

**DATE INFORMATION**

| | | |
|---|---|---|
| Date last active | 0/00/00 | |
| Last deposit | 0/00/00 | .00 |
| Date last overdrawn | 0/00/00 | |
| Date opened | 3/15/11 | |
| Date last statement | 0/00/00 | |
| Date last contact | 3/15/11 | |

In re New Jersey Motorsports Park LLC
Debtor

Case No. 11-16752-JHW
Reporting Period: Initial

## SCHEDULE OF RETAINERS PAID TO PROFESSIONALS

(This schedule is to include each Professional paid a retainer [1])

| Payee | Check Date | Check Number | Name of Payor | Amount | Amount Applied to Date | Balance |
|---|---|---|---|---|---|---|
| Cohen Seglias | 3/03/11 | Wire | New Jersey Motorsports Park Operating Co LLC | 55000.00 | 18841.00 | 36159.00 |
| Pallas Greenhall + Furman | | Transfer | | | | |
| 30 South 17th Street | | | | | | |
| Phila PA 19103 | | | | | | |
| Maureen Seady Esquire | 1/22/11 | 6063 | New Jersey Motorsports Operating Co LLC | 10000.00 | 10000.00 | - 0 - |
| 12000 Lincoln Drive #208 | 3/01/11 | Wire | " | 7160.00 | 7160.00 | - 0 - |
| Marlton NJ 08053 | | Transfer | | | | |
| Wagner Shrier | 1/31/11 | 6080 | New Jersey Motorsports Park Operating Co LLC | 20000.00 | 6196.00 | 13804.00 |
| Murtaugh Partner | | | | | | |
| 1103 Laurel Oak RD Ste 105B | | | | | | |
| Voorhees NJ 08043 | | | | | | |

[1] Identify all Evergreen Retainers