COHEN, SEGLIAS, PALLAS,
GREENHALL & FURMAN, PC
Steven D. Usdin, Esquire
Nella M. Bloom, Esquire (NB3891)
30 South 17th Street, 19th Floor
Philadelphia, PA 19103
Tel: (215) 564-1700
Fax: (215) 564-3066
Email:  susdin@cohenseglias.com
         nbloom@cohenseglias.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>NEW JERSEY MOTORSPORTS PARK, LLC, *et al.*,<br><br>                                                              Debtors | Chapter 11<br><br>Case No. 11-16752 JHW<br><br>Jointly Administered |

**MOTION PURSUANT TO SECTION 365(a) OF THE BANKRUPTCY CODE
FOR AN ORDER AUTHORIZING AND APPROVING THE REJECTION
<u>OF AN EXECUTORY CONTRACT WITH CIFALOGLIO, INC.</u>**

**PLEASE TAKE NOTICE** that New Jersey Motorsports Park, LLC ("NJMP"), New Jersey Motorsports

Park Operating Company, LLC ("Operating"), New Jersey Motorsports Park Urban Renewal, LLC ("Urban

Renewal"), and New Jersey Motorsports Park Development Associates, LLC ("Development") (collectively the

"Debtors") shall move before the Honorable Judith H. Wizmur, United States Bankruptcy Court, Mitchell H. Cohen

U.S. Courthouse, 400 Cooper Street, Courtroom 4B, Camden, NJ 08101 on April 25, 2011 at 10:00 a.m. prevailing

time, or as soon thereafter as counsel may be heard on their Motion Pursuant to Section 365(a) of the Bankruptcy

Code for an order Authorizing and Approving the Rejection of an Executory Contract with Cifaloglio, Inc. (the

"Motion").

The Debtors will rely upon the attached Certification and waive oral argument unless timely opposition is

submitted.

As the facts that the Debtors rely upon as set forth in the accompanying Certification and the bases for the

Debtors' request as clearly set forth in the aforesaid "Local Rule" do not present complicated questions of fact or

unique questions of law, it is hereby submitted that no brief is necessary to aid the Court in deciding the motion.

Objections should be filed with the Court and served upon the moving party seven (7) days prior to the date of the hearing.

**COHEN, SEGLIAS, PALLAS,
GREENHALL & FURMAN, P.C.**

/s/ Nella M. Bloom
_____
**Nella M. Bloom, Esquire**
30 South 17th Street, 19th Floor
Philadelphia, PA 19103
(215) 564-1700
*Attorney for the Debtors*

Dated:  March 24, 2011

2