UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re: | Chapter 11 |
|---|---|
| NEW JERSEY MOTORSPORTS PARK, LLC, *et al.*, | Case No. 11-16752 JHW |
| Debtors | Jointly Administered |

**ORDER GRANTING THE DEBTORS' MOTION PURSUANT TO SECTION 365(a) OF THE BANKRUPTCY CODE FOR AN ORDER AUTHORIZING AND APPROVING THE REJECTION OF AN EXECUTORY CONTRACT WITH CIFALOGLIO, INC.**

The relief set forth on the following pages is hereby ORDERED.

DATED:                                     _____
                                           Judith H. Wizmur
                                           Chief United States Bankruptcy Court Judge

Page 2
New Jersey Motorsports Park, LLC, *et al.*
Case No. 11-16752 JHW
Order Pursuant to Section 365(a) of the Bankruptcy Code for an order Authorizing and Approving the Rejection of an Executory Contract with Cifaloglio, Inc.

___

This matter having come before the Court upon the Motion of New Jersey Motorsports Park, LLC ("NJMP"), New Jersey Motorsports Park Operating Company, LLC ("Operating"), New Jersey Motorsports Park Urban Renewal, LLC ("Urban Renewal"), and New Jersey Motorsports Park Development Associates, LLC ("Development") (collectively the "Debtors") in the above-captioned matters for the entry of an Order Pursuant to Section 365(a) of the Bankruptcy Code for an Order Authorizing and Approving the Rejection of an Executory Contract with Cifaloglio, Inc. (the "Motion"); and it appearing that the Court has jurisdiction over the Motion pursuant to 28 U.S.C. § 157(b)(2); and the Court having determined that granting the relief requested in the Motion is in the best interests of the Debtors, their estates, and their creditors; and it appearing that adequate notice has been given and that no other or further notice is required; and upon the record herein following a final hearing; and after due deliberation thereon; and sufficient cause appearing therefor; it is hereby

ORDERED, that the Motion is Granted and any objections are Overruled; and it is further

ORDERED, that the Debtors' executory contract with Cifaloglio, Inc. is deemed REJECTED as of the Petition Date; and it is further

ORDERED, that any person or entity that asserts a claim against the Debtors' estate(s) arising from the rejection of the Agreement, as defined in this Motion, shall be required to file a proof of claim on or before thirty (30) days following service of this Order approving the rejection of the Agreement.