| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>**ARTHUR J. ABRAMOWITZ (AA3724)**<br>**ERIC L. SCHERLING (ES9236)**<br>**COZEN O'CONNOR**<br>A Pennsylvania Professional Corporation<br>LibertyView, Suite 300<br>457 Haddonfield Road<br>Cherry Hill, NJ 08002<br>(856) 910-5004<br>(856) 910-5075 (fax)<br>Counsel for Ovations Food Services, LP |

| | |
|---|---|
| In re:<br><br>NEW JERSEY MOTORSPORTS PARK, LLC, et al.,[1]<br><br>　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 11-16752<br>(Jointly Administered)<br><br>Chief Judge Judith H. Wizmur |

**CERTIFICATE OF CONSENT REGARDING CONSENT ORDER MODIFYING THE AUTOMATIC STAY IN FAVOR OF OVATIONS FOOD SERVICES, L.P. AND APPROVING INSTALLMENT PAYMENT PLAN FOR DEBTOR'S USE AND <u>ACQUISITION OF CERTAIN EQUIPMENT</u>**

**I HEREBY CERTIFY** that with respect to the copy of the captioned Consent Order submitted to the Court, the following conditions have been met:

1.　　The terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order;

2.　　The signatures represented by */s/ Arthur J. Abramowitz, /s/ Steven D. Usdin and /s/ Louis I. Lipsky* on the copy of the consent order submitted to the Court reference the signatures of consenting parties obtained on the original consent order;

3.　　I will retain the original consent order for a period of seven years from the date of closing of the case or adversary proceeding;

4.　　I will make the original consent order available for inspection upon request of the Court or any party in interest; and

---

[1] In addition to New Jersey Motorsports Park, LLC, the affiliated debtors are New Jersey Motorsports Operating Company, LLC (Case No. 11-16772), New Jersey Motorsports Park Urban Renewal, LLC (Case No. 11-16778), and New Jersey Motorsports Park Development Associates, LLC (Case No. 11-16776).
CHERRY_HILL\584221\1  261175.000

5.	I will simultaneously electronically file this certification with the Court, by use of my login and password, thereby signing same for all purposes including those under Fed. R. Bankr. P. 9011.

>	*/s/ Arthur J. Abramowitz*
>	Arthur J. Abramowitz

Date: March 24, 2011

2