**PORZIO, BROMBERG & NEWMAN, P.C.**
100 Southgate Parkway
P.O. Box 1997
Morristown, New Jersey 07962
(973) 538-4006
Attorneys Appearing: Warren J. Martin Jr. (WM-0487)
         Mark J. Politan (MP-5989)

Order Filed on 4/13/2011 by Clerk U.S. Bankruptcy Court District of New Jersey

*Proposed Counsel for the Official Committee of Unsecured Creditors
of New Jersey Motorsports Park, LLC, et al.*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br>NEW JERSEY MOTORSPORTS PARK, LLC, *et al.*,<br><br>      Debtors. | Chapter 11<br><br>Honorable Judith H. Wizmur<br><br>Case No. 11-16752 (JHW)<br><br>Jointly Administered |

**ORDER AUTHORIZING EMPLOYMENT OF PORZIO, BROMBERG & NEWMAN, P.C. AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF NEW JERSEY MOTORSPORTS PARK, LLC, *et al.*, NUNC PRO TUNC TO MARCH 31, 2011**

The relief set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED.**

**DATED: 4/13/2011**

_____
Judith H. Wizmur, Chief Judge
United States Bankruptcy Court

1518180

Page (2)
Debtors: In re New Jersey Motorsports Park, LLC, *et al.*
Case Nos.: 11-16752 (JHW)
Caption of Order: Order Authorizing Employment of Porzio, Bromberg & Newman, P.C. as Counsel to the Official Committee of Unsecured Creditors of New Jersey Motorsports Park, LLC, *et al.*, Nunc Pro Tunc to March 31, 2011

This matter being opened to the Court by the Official Committee of Unsecured Creditors (the "Committee") of New Jersey Motorsports Park, LLC, *et al.* (the "Debtors"), upon the application (the "Application") for the entry of an Order authorizing the employment of the law firm of Porzio, Bromberg & Newman, P.C. ("Porzio") as counsel to the Committee nunc pro tunc to March 31, 2011; and the Court having considered the Application and the Certification of Warren J. Martin Jr., Esq. (the "Martin Certification") in support thereof; and the Court being satisfied based on the representations made in the Application and Martin Certification that said attorneys represent no interest adverse to the Debtors' estates with respect to the matters upon which they are to be engaged, that they are disinterested persons as that term is defined under Section 101(14) of the Bankruptcy Code and that their employment is necessary to assist the Committee in the performance of its functions and obligations pursuant to Section 1103 of the Bankruptcy Code; and due and sufficient notice of the Application having been given; and no adverse interest being affected; upon due deliberation and consideration of the facts and circumstances relevant to this matter; and no additional notice being necessary or required,

IT IS HEREBY,

ORDERED, that the Application is granted; and it is further

ORDERED that the Committee be and hereby is authorized to employ Porzio as its counsel on the terms set forth in the Application and the Martin Certification, effective as of March 31, 2011; and it is further

1518180

2

*Approved by Judge Judith H. Wizmur April 13, 2011*

**Page (3)**
**Debtors:** In re New Jersey Motorsports Park, LLC, *et al.*
**Case No.:** 11-16752 (JHW)
**Caption of Order:** Order Authorizing Employment of Porzio, Bromberg & Newman, P.C. as Counsel to the Official Committee of Unsecured Creditors of New Jersey Motorsports Park, LLC, *et al.*, Nunc Pro Tunc to March 31, 2011

ORDERED, that Porzio shall be entitled to allowance of compensation and reimbursement of expenses upon the filing and approval of interim and final applications pursuant to the applicable provisions of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules of the Court, and such other orders as the Court may enter.

Case 11-16752-JHW    Doc 88-2    Filed 04/05/11    Entered 04/05/09 12:57:49    Desc Main
Proposed Order    Page 3 of 3

*Approved by Judge Judith H. Wizmur April 13, 2011*